# NO. 12-21-00145-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *AJA HOLMAN,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Aja Holman filed an original proceeding seeking a writ of mandamus instructing Respondent to vacate an order compelling discovery and awarding $2,500 in attorney's fees.[1] On November 10, 2021, this Court conditionally granted the petition, in part, and directed Respondent to vacate his August 16, 2021, order compelling discovery, and in its stead, to issue an order setting forth the scope of discovery. By an amended revised order signed on November 23, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss the petition for writ of mandamus as ***moot***.

Opinion delivered December 1, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Taylor Heaton, Judge of the County Court at Law No. 2 in Smith County, Texas. Hibbs-Hallmark & Company is the Real Party in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 1, 2021**

**NO. 12-21-00145-CV**

**AJA HOLMAN,**
Relator
V.

**HON. TAYLOR HEATON,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Aja Holman; who is the relator in appellate cause number 12-21-00145-CV and a non-party postjudgment deponent in trial court cause number 70223-A, pending on the docket of the County Court at Law No. 2 of Smith County, Texas. Said petition for writ of mandamus having been filed herein on August 26, 2021, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*